UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:16-CR-215

v.

HON. ROBERT J. JONKER

PERIS DWIGHT SMITH,

    Defendant.
_____/

## ORDER

    The Court held a hearing on March 22, 2017, concerning defendant's request for substitution of counsel. A portion of the hearing was held outside the presence of the government. Defendant, as well as the government, shall have until **April 21, 2017**, in which to further address in writing the various matters brought up at the hearing. The briefs should be filed under restricted access.

    A separate ends of justice continuance order as to both defendants shall enter.

Date:   March 23, 2017           /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE