UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PERIS DWIGHT SMITH,

    Defendant.
_____/

No. 1:16-cr-215

Hon. Robert J. Jonker
Chief U.S. District Judge

## CERTIFICATION PURSUANT TO 18 U.S.C. § 3731

It is hereby certified that the government's appeal of the order granting suppression in this case is not taken for the purpose of delay and that the evidence suppressed is a substantial proof of a fact material in the proceeding.

Dated: August 28, 2017

ANDREW BYERLY BIRGE
Acting United States Attorney
Western District of Michigan